UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HERMAN K. ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CV2224  HEA |
| | ) |
| STATE OF MISSOURI d/b/a | ) |
| DEPARTMENT OF SOCIAL SERVICES, | ) |
| DIVISION OF YOUTH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER OF PARTIAL DISMISSAL
PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that, as to defendant Michelle Struemp, this action is **DISMISSED**, without prejudice.  See 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Dated this 10th day of February, 2012.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE