# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HERMAN K. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11-CV-2224-JAR |
| ) | |
| STATE OF MISSOURI d/b/a ) | |
| DEPARTMENT OF SOCIAL SERVICES, ) | |
| DIVISION OF YOUTH, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Surreply in Opposition to Defendant's Motion to Dismiss [ECF No. 28]. In light of this Court's order of June 13, 2012 denying Defendant's motion to dismiss, Plaintiff's motion will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Surreply [28] is **DENIED**.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated the ___ day of June, 2012.