# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HERMAN K. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11-CV-2224-JAR |
| ) | |
| STATE OF MISSOURI d/b/a ) | |
| DEPARTMENT OF SOCIAL SERVICES, ) | |
| DIVISION OF YOUTH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the record, the Court will consider appointing counsel for Plaintiff for the limited purpose of providing legal advice and representation in preparation for and during the course of mediation, pursuant to Local Rule 16-6.02(C), upon his motion. Accordingly, if Plaintiff wishes to have limited scope counsel appointed to assist him in the mediation process, he may file a Motion for Appointment of Alternative Dispute Resolution (ADR) Pro Bono Limited Scope Counsel (see Motion for Appointment of ADR Pro Bono Limited Scope Counsel form, www.moed.uscourts.gov, ADR forms) for the Court's consideration.

Dated the 8th day of January, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE