RECEIVED
JAN 10 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Herman K. Allen,

Plaintiff(s),

vs.

State of Missouri d/b/a Department of Social Services & Division of Youth, et al..,

Defendant(s).

Case No. 4:11-CV-2224-JAR

## MOTION FOR APPOINTMENT OF ALTERNATIVE DISPUTE RESOLUTION (ADR) PRO BONO LIMITED SCOPE COUNSEL

I, Herman K. Allen, hereby request appointment of pro bono counsel for the limited purpose of providing legal advice and representation on my behalf in preparation for and during the course of mediation or early neutral evaluation pursuant to Local Rule 16 - 6.02(C). I understand that the court-appointed representation shall terminate, and appointed counsel shall have no further obligation to advise me or otherwise appear on my behalf, when the ADR process is concluded and any resulting agreement is executed. I also consent to appointment of an attorney selected by the Court from its roster of volunteers who have agreed to provide this service.

Executed on January 10, 2013.

Signature of Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this cause, this day of , 2013.

Signature of Plaintiff