UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HERMAN K. ALLEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:11CV2224JAR |
| v. | ) | |
| | ) | |
| STATE OF MISSOURI d/b/a/ | ) | |
| DEPARTMENT OF SOCIAL SERVICES, | ) | |
| DIVISION OF YOUTH SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE IN EXCESS OF FIFTEEN PAGES**

Defendant State of Missouri d/b/a Department of Social Services, Division of Youth Services, by and through counsel, moves for leave under local rule 7-4.01(D) to file a memorandum in excess of fifteen pages in support of its motion for summary judgment.

In support of this motion for leave, defendant states that the overage will be approximately twelve pages. This overage was necessary due to the nature and extent of the claims alleged by plaintiff. Additionally, the memorandum was prepared in a font that is larger and more easily read than twelve-point Times New Roman.

WHEREFORE, for the reasons herein stated, Defendant State of Missouri d/b/a Department of Social Services, Division of Youth Services

1

respectfully requests that this Court grant it leave to file a memorandum in excess of fifteen pages in support of its motion for summary judgment.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ Karin A. Schute*
Karin A. Schute, #62019MO
David G. Kirby, #64959
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
Phone: (314) 340-7861
Fax: (314) 340-7029
*Attorneys for Defendant State of Missouri d/b/a Dep't of Social Services, Division of Youth Services*

## Certificate of Service

I certify that on this February 1, 2013, I electronically filed the foregoing with the clerk of this Court by using the CM/ECF system, to be serviced by operation of the Court's electronic filing system, and a paper copy was mailed first class, postage prepaid, to the following:

Mr. Herman K. Allen
1517 Eastmont Pl.
University City, MO 63130
*Plaintiff, pro se*

/s/ *Karin A. Schute*
Assistant Attorney General